JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA – PRODUCER HEALTH PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOXER FILMS, INC., <br><br> Defendant. | Case No. CV 15-5298 FMO (AJWx) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Plaintiff's Motion for Default Judgment, IT IS ADJUDGED that:

1. Judgment shall be entered in favor of plaintiffs Trustees of the Directors Guild of America – Producer Health Plan and Trustees of the Directors Guild of America – Producer Pension Plans and against defendant Boxer Films, Inc. in the total amount of $46,442.27, consisting of: (1) $30,558.74 in unpaid contributions; (2) $5,301.71 in liquidated damages; (3) $2,450.82 in prejudgment interest; (4) $7,581.00 in attorney's fees; and (5) $550.00 in costs.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 23rd day of November, 2015.

/s/
Fernando M. Olguin
United States District Judge